

THE CITY OF NEW YORK  
**LAW DEPARTMENT**  
100 CHURCH STREET  
NEW YORK, NY 10007

JAMES E. JOHNSON  
*Corporation Counsel*

CAROLYN E. KRUK  
(212) 356-0893  
Fax: (212) 356-8760  
ckruk@law.nyc.gov

November 26, 2019

**By ECF**

Honorable Analisa Torres  
United States District Judge  
Southern District of New York  
500 Pearl Street  
New York, New York 10007

      Re:   <u>L.V. et ano. v. New York City Department of Education</u>,  
           19-CV-05451 (AT)

Dear Judge Torres:

      I represent Defendant New York City Department of Education (DOE) in the above referenced matter. I write to respectfully request a four-day extension of time for the DOE to file its motion to dismiss the Second Amended Complaint.

      On October 25, 2019, the Court ordered DOE to file its motion to dismiss by December 23, 2019, with Plaintiff filing her opposition by December 23, 2019 and DOE's reply by January 9, 2019. In light of the upcoming thanksgiving holiday, and the fact that my senior DOE liaison assigned to this matter is out of the office this week, I respectfully request an additional four days to file and serve the motion to dismiss. This is DOE's first request for such an extension and Plaintiffs' counsel, Laura Barbieri, consents to this request.

      Accordingly, Defendant DOE respectfully requests a four-day extension of time to file its motion to dismiss, which would modify the schedule as follows:

- Defendant DOE's motion to dismiss will be due on Friday, December 6, 2019;
- Plaintiffs' opposition will be due on Friday, December 27, 2019; and
- Defendant DOE's reply will be due on Monday, January 20, 2020.

Thank you for your consideration of this request.

                                                  Respectfully,

USDC SDNY  
DOCUMENT  
ELECTRONICALLY FILED  
DOC #: _____  
DATE FILED: 11/26/2019

s/
Carolyn Kruk

cc: **By ECF and email**
Laura Barbieri
Plaintiffs' counsel

GRANTED in part, DENIED in part. By **December 6, 2019**, Defendant shall file its motion to dismiss. By **December 27, 2019**, Plaintiffs shall file their opposition. By **January 13, 2020**, Defendant shall file any reply.

SO ORDERED.

Dated: November 26, 2019
New York, New York

_____
ANALISA TORRES
United States District Judge