UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ x
L.V. on behalf of herself and her minor child, J.V.2.,

|  |  |
|---|---|
| Plaintiffs, | **NOTICE OF MOTION TO DISMISS** |
| -against- | 19-CV-5451 (AT) |

NEW YORK CITY DEPARTMENT OF EDUCATION,

Defendant.
------------------------------------------------------------------------ x

**PLEASE TAKE NOTICE** that upon the accompanying memorandum of law and declaration of Min Baharav, in support of its motion, Defendant New York City Department of Education ("Defendant"), by its attorney, James E. Johnson, Corporation Counsel of the City of New York, will move this Court before the Honorable Analisa Torres at the United States District Courthouse for the Southern District of New York, Thurgood Marshall United States Courthouse, United States Courthouse, 500 Pearl Street, New York, New York, 10007-1312, at a date and time to be determined by the Court, for an order pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure, granting Defendant's motion and dismissing all claims against Defendant in their entirety.

**PLEASE TAKE FURTHER NOTICE** that, in compliance with the Court's November 26, 2019 Order (Dkt No. 49), opposition papers, if any, are to be served on the undersigned on or before December 27, 2019, and reply papers are to be served on or before January 13, 2020.

Dated:   New York, New York
         December 6, 2019

- 2 -

                                JAMES E. JOHNSON
                                Corporation Counsel of the City of New York
                                Attorney for Defendant New York City Department
                                of Education
                                100 Church Street, Room 2-192
                                New York, New York 10007
                                Tel: (212) 356-0893
                                Fax: (212) 356-8760
                                ckruk@law.nyc.gov

            By:            s/                           
                                Carolyn E. Kruk
                                Assistant Corporation Counsel

To:     <u>by ECF and first class mail</u>

           Laura D. Barbieri
           Advocates for Justice
           225 Broadway, Suite 1902
           New York, New York 10007