

| | | |
|---|---|---|
| JAMES E. JOHNSON<br>*Corporation Counsel* | THE CITY OF NEW YORK<br>**LAW DEPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | CAROLYN E. KRUK<br>Cell: (646) 939-7631<br>ckruk@law.nyc.gov |

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/18/2020
```

June 17, 2020

**By ECF**

Honorable Katharine Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**APPLICATION DENIED**

*/s/ Katharine H. Parker*
KATHARINE H. PARKER
United States Magistrate Judge
06/18/2020

       Re:   L.V. et ano. v. New York City Department of Education,
              19-CV-05451 (AT)

Dear Magistrate Judge Parker:

       I represent Defendant New York City Department of Education (DOE) in the above referenced matter. I write, with Plaintiffs' consent, to respectfully request a 30-day adjournment of the oral argument currently scheduled for tomorrow, June 18, 2020 at 2:15 p.m., as the parties wish to explore the possibility of negotiating a settlement that would resolve this matter in its entirety. I apologize to the Court for the lateness of this request.

       Oroma Mpi-reynolds recently replaced Laura Barbieri as counsel for Plaintiffs. Today, Ms. Mpi-reynolds and I discussed case and the possibility of resolving the matter without further intervention from the Court. To that end, Ms. Mpi-reynolds communicated the general outline of a settlement demand, which the DOE is willing to review and consider. Within the next 30 days, DOE will respond with, at a minimum, the outline of an initial settlement offer that would resolve the matter in full.

       Thank you for your consideration of this request. Again, I apologize for the last-minute nature of this request.

                                                   Respectfully,
                                                   s/
                                                   Carolyn Kruk

cc:    **By ECF**
        Oroma Mpi-reynolds, Esq.
        Plaintiffs' counsel