UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

L.V. ON BEHALF OF HERSELF AND HER MINOR CHILD, J.V.2,

                         Plaintiffs,

- Against -

NEW YORK CITY DEPARTMENT OF EDUCATION,

                        Defendants.

---

1:19-cv-05451

**DECLARATION OF OROMA MPI-REYNOLDS, ESQ. IN SUPPORT OF PLAINTIFFS' APPLICATION FOR EMERGENCY RELIEF**

OROMA HOMA MPI-REYNOLDS, ESQ. DECLARES UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746 THAT THE FOLLOWING IS TRUE AND CORRECT:

1. I am a member of the Bar of the State of New York and of this Court. I am counsel for the Plaintiffs in the above-captioned case. I assumed representation of the Plaintiffs in this Action in or around mid-May 2020, after Plaintiffs' prior counsel became unavailable during the Covid-19 pandemic. I also assumed representation of Plaintiff L.V. from prior counsel in an administrative due process hearing concerning J.V.2 pertaining to the 2017-2018 and 2018-2019 school years.

2. Per L.V., the Plaintiffs intended to file a motion for a preliminary injunction when they were represented by prior counsel. After reviewing Plaintiffs' Second Amended Complaint, I have noted that it indeed contains a request for a preliminary injunction.

3. I submit this declaration in support of the Plaintiffs' Application for Emergency Relief for in-person instruction and related services for J.V.2 pursuant to the stay-put provisions

of pendency contained within the Individuals with Disabilities Education Improvement Act.

4. Pursuant to the Order of the Honorable Katharine H. Parker following the June 18, 2020 Oral Argument on the Defendant's Motion to Dismiss, the Parties have commenced settlement talks through their respective counsel.

5. Plaintiff L.V. is actively engaging in the settlement negotiation process and is hopeful about reaching a mutually agreeable resolution with the assistance of this Court.

6. Out of fear of protracted settlement negotiations, Plaintiffs respectfully apply for emergency relief in the form of in-person special education instruction and related services based on the September 6, 2019 Second Interim Order Modifying Pendency of Impartial Hearing Officer Jeffrey J. Schiro, Esq.

7. On June 24, 2020, I informed Defendant's Counsel about L.V.'s impending application for emergency relief.  Defendant's Counsel responded indicating that the Defendant opposes such application.

8. Plaintiffs remain willing to resolve this application amicably with the Defendant.

Executed in West Hempstead, New York on June 25, 2020.

*s/Oroma H. MpiReynolds*

OROMA HOMA MPI-REYNOLDS, ESQ.