```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/22/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

L.V., on behalf of herself and her minor child,
J.V.2,

                                          Plaintiffs,

-against-                                                **ORDER SCHEDULING**
                                                       **SETTLEMENT CONFERENCE**

NEW YORK CITY DEPARTMENT OF EDUCATION,        19-CV-05451 (AT) (KHP)

                                          Defendant.
-------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court will hold a **counsel only** telephonic settlement conference on **Monday, July 27, 2020, at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267; same security code as previous settlement conference.**

       SO ORDERED.

DATED:       New York, New York
                 July 22, 2020

                                                         _____
                                                          KATHARINE H. PARKER
                                                          United States Magistrate Judge