```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/29/2020
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X

L.V., on behalf of herself and her minor child,
J.V.2,

                              Plaintiffs,

-against-                                                        **SCHEDULING ORDER**

NEW YORK CITY DEPARTMENT OF EDUCATION,          19-CV-05451 (AT) (KHP)

                              Defendant.
------------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       The Court will hold a case management conference and conference to discuss Plaintiff's pending motion for interim attorneys' fees on **Thursday, October 1, 2020, at 2:00 p.m.** Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time. **Please dial (866) 434-5269; access code 4858267.** Any requests for adjournment must be made by tomorrow, Wednesday, September 30, 2020, and be sent to Chamber's email with all parties copied.

       SO ORDERED.

DATED: New York, New York
            September 29, 2020

                                                                   *Katharine H Parker*
                                                                   _____
                                                                   KATHARINE H. PARKER
                                                                   United States Magistrate Judge

1