

**USDC SDNY**
**DOCUMENT**
**ELECTRONICALLY FILED**
DOC #:_____
DATE FILED: 10/06/2020

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

JAMES E. JOHNSON
*Corporation Counsel*

CAROLYN E. KRUK
Cell: (646) 939-7631
ckruk@law.nyc.gov

October 5, 2020

**By ECF**

Magistrate Judge Katharine Parker
Southern District of New York
500 Pearl Street
New York, New York 10007

SO ORDERED:

*Katharine H. Parker*
HON. KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
10/6/2020

      Re:  *L.V. et ano. v. New York City Department of Education,*
            19-CV-05451 (AT)(KHP)

Dear Magistrate Judge Parker:

      I represent the New York City Department of Education in the above referenced matter. Consistent with Your Honor's direction during the parties' October 1, 2020 case conference, I submit a proposed order for Your Honor's view and consideration. The proposed order directs the disclosure of J.V.2's records held by numerous individuals, institutions and/or agencies, including academic records, assessments and evaluations and other communications concerning J.V.2 and his family.

      I request permission to file the proposed order in redacted form because the proposed order identifies the minor student's full name and date of birth, as well as the minor student's parent's full name. In compliance with Federal Rule of Civil Procedure 5.2, I would apply redactions so that the minor student is identified by his initials alone, as it is in the caption in the complaint, and also redact the minor student's month and date of birth. In order to protect the identify of the minor student, I further request permission to redact the parent's name so that only her initials are visible.

      Respectfully,

      s/
      Carolyn Kruk

Encl.
cc. Plaintiffs' counsel (by ECF)