```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/14/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

L.V., on behalf of herself and her minor child,
J.V.2,

                                      Plaintiffs,

-against-                                      ORDER SCHEDULING
                                                     STATUS CONFERENCE

NEW YORK CITY DEPARTMENT OF EDUCATION,       19-CV-05451 (AT) (KHP)

                                       Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       A Status Conference in this matter is hereby scheduled for **Thursday, November 5, 2020, at 12:30 p.m.**  Counsel for the parties are directed to call Judge Parker's AT&T conference line at the scheduled time.  **Please dial (866) 434-5269; access code 4858267.**

       SO ORDERED.

DATED:  New York, New York
            October 14, 2020

*[Signature: Katharine H. Parker]*
_____
KATHARINE H. PARKER
United States Magistrate Judge

1