

*Oroma Mpi-Reynolds, Esq.*
*MSR Legal & Consulting Services, PLLC*
*Nassau:  503 Linden St., W. Hempstead, N.Y.*
*Queens:  89-18 134th St., Suite 1, Richmond Hill, N.Y.*
*Tel: (516) 725-5514*
Oroma@MSRLegal.org
www.MSRLegal.org

November 5, 2020

**BY CM/ECF AND EMAIL**
Hon. Katharine H. Parker
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007
parker_nysdchambers@nysd.uscourts.gov

**Re:** *L.V. et al v. New York City Department of Education* **Case (19 Civ. 05451 (AT) (KHP)**

Hon. Judge Parker,

     I represent Plaintiffs in the above-captioned action.  Per Your Honor's directive and instruction during the November 5, 2020 Status Conference in this action, I submit this Letter Motion to file a Second Declaration under seal and ex parte to supplement my first Declaration filed on October 28, 2020 under Docket Entry 108 in support of my Motion to Withdraw.

     My first Declaration annexed to my Letter Motion to Withdraw was filed in public view. In order to maintain the confidentiality of the attorney-client relationship, I respectfully move this Court for permission to file my Second Declaration under seal and ex parte and that such Second Declaration remain under seal as a sealed, ex parte filing.

     Thank you for Your Honor's time and consideration in this matter. I am available at the Court's convenience.

                                      Respectfully submitted,

                                      */s/ Oroma H. MpiReynolds*

                                      Oroma Mpi-Reynolds