```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/06/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

L.V., on behalf of herself and her minor child,
J.V.2,

                                 Plaintiffs,

-against-                                         ORDER SCHEDULING
                                                     *EX PARTE* CONFERENCE

NEW YORK CITY DEPARTMENT OF EDUCATION,        19-CV-05451 (AT) (KHP)

                                 Defendant.
-----------------------------------------------------------------X

**KATHARINE H. PARKER, United States Magistrate Judge:**

       An *ex parte* Conference regarding Plaintiff counsel's motion to withdraw as counsel (ECF No. 109) in this matter is hereby scheduled for **Friday, November 13, 2020, at 2:00 p.m.** Plaintiff L.V. and her counsel, Ms. Oroma Mpi-Reynolds, must both appear. Ms. Mpi-Reynolds is directed to call Judge Parker's Chambers at the scheduled time by dialing **(212) 805-0234** with her client, L.V., on the line.

       **SO ORDERED.**

DATED:  New York, New York
             November 6, 2020

                                               */s/ Katharine H. Parker*
                                               _____
                                               KATHARINE H. PARKER
                                             United States Magistrate Judge